UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                    :

SEER CAPITAL MANAGEMENT LP,      :
                      Plaintiff,   :
                                      :          26 Civ. 85 (LGS)
           -against-               :
                                      :

CREDITO LOMBARDO VENETO S.p.A.,    :           **ORDER**
                      Defendant.   :
                                      :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order entered January 8, 2026, directed the parties to file a joint status letter and proposed case management plan by February 17, 2026.

WHEREAS, the parties failed to file the documents.

WHEREAS, the initial pretrial conference in this action is currently scheduled for February 24, 2026.

WHEREAS, Defendant has not appeared in this action, nor has Plaintiff filed proof of service of the Summons and Complaint.  It is hereby

**ORDERED** that, if Plaintiff has been in contact with Defendant, the parties shall file the status letter and proposed case management plan as soon as possible and no later than **February 19, 2026**.  If Plaintiff has not been in contact with Defendant, Plaintiff shall file a letter seeking to adjourn the conference and stating the status of service as soon as possible and no later than **February 19, 2026**.

Dated: February 18, 2026
       New York, New York

                                  LORNA G. SCHOFIELD
                             UNITED STATES DISTRICT JUDGE