# KOHN DUMAIN LLP

825 Third Avenue, 21st Floor
New York, NY 10022
(212) 324-3746

www.kohndumain.com

February 19, 2026

**Via ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *Seer Cap. Mgmt. LP v. Credito Lombardo Veneto S.p.A.*, No. 26-cv-00085-LGS

Dear Judge Schofield:

  My firm represents Plaintiff Seer Capital Management LP in this action. We write, as the Court instructed in yesterday's order (Doc. 11), to provide the Court with a status update regarding service and Plaintiff's contact with Defendant.

  As the Court may now be aware, after we received notice of yesterday's order, we filed a Certificate of Service stating that service on Defendant was completed on February 17, 2026 (Doc. 12). After filing the Certificate of Service, we sent an email to Defendant's last known U.S. counsel, attaching a courtesy copy of the summons (Doc. 8) and complaint (Doc. 1) and asking whether counsel would be representing Defendant in this action. We have not yet received a response.

  Given the foregoing, we respectfully request the Court adjourn the initial pretrial conference, currently scheduled for February 24, 2026. This is the first request for an adjournment.

  We thank the Court for its attention to this matter and look forward to appearing before the Court.

  Respectfully submitted,

Brian T. Kohn

cc: Ian M. Dumain (via ECF)

Application **GRANTED**. The conference scheduled for February 24, 2026, is **ADJOURNED** to **March 24, 2026, at 3:15 P.M.** The conference will be held in person at the Thurgood Marshall United States Courthouse, Southern District of New York, 40 Foley Square, New York, New York at Room 1106. By **March 17, 2026**, the parties shall file the joint status letter and proposed case management plan. If Plaintiff has not been in contact with Defendant by that date, Plaintiff shall file a letter seeking to adjourn the conference. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 13.

Dated: February 19, 2026
  New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE