UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                           :

SEER CAPITAL MANAGEMENT LP,       :

                   Plaintiff,    :

                           :           26 Civ. 85 (LGS)

       -against-          :

                           :            <u>ORDER</u>

CREDITO LOMBARDO VENETO S.P.A.,   :

                  Defendant.   :
------------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for April 14, 2026.

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

**ORDERED** that the April 14, 2026, initial pretrial conference is **CANCELED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

**ORDERED** that if any party seeks to file a motion for summary judgment at the conclusion of discovery, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.6.  It is further

**ORDERED** that, every thirty days from the date of this order, the parties shall file a joint status letter regarding the status of discovery, with the first such letter due **May 11, 2026**.  The parties should be aware that fact and expert discovery deadlines will not be extended absent a showing of diligence and compelling need.  The purpose of the status letters is to assess the

parties' ongoing diligence in pursuing discovery as well as causes of any unavoidable help.  It is further

**ORDERED** that, by **April 17, 2026**, the parties shall file a proposed protective order and ESI protocol.  The parties shall include in the proposed protective order the language required by Individual Rule I.D.4.  It is further

**ORDERED** that, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a <u>joint</u> letter on ECF requesting a referral.

Regarding Plaintiff and Counterclaim Defendant's anticipated motion to dismiss counterclaims, the parties are directed to Individual Rule III.C.2 for the rules governing pre-motion letters.

Dated: April 9, 2026
      New York, New York

                                LORNA G. SCHOFIELD
                          UNITED STATES DISTRICT JUDGE