UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                          :
SEER CAPITAL MANAGEMENT LP,                               :
          Plaintiff & Counterclaim Defendant,            :
                                                          :        26 Civ. 85 (LGS)
          -against-                                       :
                                                          :        ORDER
CREDITO LOMBARDO VENETO S.P.A.,                           :
          Defendant & Counterclaim Plaintiff.            :
------------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, counsel for Plaintiff and Counterclaim Defendant Seer Capital Management LP ("Seer") contacted the Court to seek a two-day adjournment of the briefing schedule for Seer's motion to dismiss on the basis of exigent health circumstances. Seer represents that Defendant and Counterclaim Plaintiff Credito Lombardo Veneto S.P.A. ("Credito Lombardo") consents. It is hereby

ORDERED that the application is GRANTED. By May 14, 2026, Seer shall file the motion to dismiss. By June 18, 2026, Credito Lombardo shall file an opposition. By July 1, 2026, Seer shall file a reply in support of the motion.

Dated: May 12, 2026
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE