UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                    :
SEER CAPITAL MANAGEMENT LP,                         :
        Plaintiff & Counterclaim Defendant,         :
                                                    :            26 Civ. 85 (LGS)
        -against-                                   :
                                                    :            ORDER
CREDITO LOMBARDO VENETO S.P.A.,                     :
        Defendant & Counterclaim Plaintiff.         :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 14, 2026, Plaintiff and Counterclaim Defendant Seer Capital Management LP ("Seer") filed a motion to dismiss Counterclaims filed by Defendant and Counterclaim Plaintiff Credito Lombardo Veneto S.P.A. ("Credito Lombardo").

WHEREAS, on June 18, 2026, Credito Lombardo filed Amended Counterclaims and a Third Party Complaint against S.C.O. ILoans, LLC, which had not previously been named as a party to this action.

WHEREAS, the Civil Case Management Plan and Scheduling Order dated April 9, 2026 ("Scheduling Order"), states that "[a]mended pleadings may be filed without leave of Court until Defendant's deadline to respond to Plaintiff's forthcoming motion to dismiss Defendant's Counterclaims" and "[n]o additional parties may be joined without leave of Court" after that deadline. Credito Lombardo's deadline to respond to Seer's Motion to Dismiss was June 18, 2026. The Amended Counterclaims and Third Party Complaint are thus timely under the Scheduling Order. It is hereby

**ORDERED** that, by **June 22, 2026**, Seer and Credito Lombardo shall file a joint letter. The letter shall (1) state whether Seer intends to move to dismiss the Amended Counterclaims; (2) if so, propose a briefing schedule for Seer's motion to dismiss. Seer is not required to file a pre-motion letter in advance of any motion to dismiss. It is further

**ORDERED** that Seer's Motion to Dismiss is **DENIED** as moot.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 38.

Dated: June 22, 2026
      New York, New York

                                        **LORNA G. SCHOFIELD**
                                  **UNITED STATES DISTRICT JUDGE**