DORSEY
DORSEY + WHITNEY LLP

**ANTHONY P. BADARACCO**
**Partner**
**(212) 415-9354**
**FAX (212) 953-7201**
**badaracco.anthony@dorsey.com**

August 21, 2026

**VIA ELECTRONIC FILING**

The Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

By **August 27th**, Seer Capital Management LP and S.C.O. ILoans, LLC shall file any letter in support of sealing the at-issue documents. Requests to withhold information from the public record must be narrowly tailored such that redactions are preferred to sealing entire documents. So Ordered.

Dated: August 25, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re:** ***Letter Motion to Seal - Seer Capital Management, L.P. v. Credito Lombardo Veneto, S.p.A., Credito Lombardo Veneto S.p.A. v. S.C.O. ILoans, LLC, No. 1:26-cv-00085 (LGS)***

Dear Judge Schofield:

We are counsel to Defendant-Counterclaimant and Third-Party Plaintiff Credito Lombardo Veneto, S.p.A. ("Credito Lombardo") in the above-referenced matter. Per the Court's Individual Rule D.3, Credito Lombardo submits this letter requesting the Court's permission to seal certain materials (the "Documents") being filed by Credito Lombardo as Exhibits in connection with its Opposition to Seer Capital Management LP ("Seer Capital") and S.C.O. ILoans, LLC ("SCO")'s Motion to Dismiss. The Documents consist of the following:

- Exhibit 2: Notary and Apostille Documentation.
- Exhibit 3: Comfort Letter dated January 23, 2020.
- Exhibit 4: Board Minutes of MCE Finance.
- Exhibit 5: October 1, 2024 Email from Richard D'Albert

Credito Lombardo also seeks permission to redact references to the Documents in Credito Lombardo's Opposition to Seer Capital and SCO's Motion to Dismiss and the Declaration of Anthony P. Badaracco in Support of Credito Lombardo's Opposition to Seer Capital and SCO's Motion to Dismiss.

DORSEY
DORSEY + WHITNEY LLP

To be clear, Credito Lombardo does not contend that the Documents contain any information that should be filed under seal. These documents were marked as Confidential and disclosed by counsel for Seer Capital and SCO under ⁋ 2 of the Stipulated Protective Order in this matter (Dkt. 30-0). Credito Lombardo sought consent from opposing counsel to file these documents publicly but that was denied. Pursuant to this Court's Individual Rule D.3, the party with an interest in confidential treatment (in this case Seer Capital and SCO) bears the burden of persuasion and should file, within two business days, a letter in support of the motion to seal.

At this time, Credito Lombardo respectfully requests that the Court permit it to file the above-referenced Documents under seal to be viewed only by Selected Parties and counsel listed in the Appendix to this Letter Motion to Seal until and unless Seer Capital and SCO so move and obtain that order.

Sincerely,

DORSEY & WHITNEY LLP

*/s/ Anthony P. Badaracco*
Anthony P. Badaracco
Partner

*Attorney for Credito Lombardo Veneto S.p.A.*

**Appendix**

The following parties and attorneys should have access to the sealed documents:

1. **Seer Capital Management, LP**

2. **Credito Lombardo Veneto, S.p.A.**

3. **S.C.O. ILoans, LLC**

4. **Dorsey & Whitney, LLP, Attorneys for Credito Lombardo Veneto S.p.A.**

   Anthony Badaracco, Kent Schmidt, Hannah Livingston, Jaycie Cruz

5. **Legance Law Firm, Italian Counsel for Credito Lombardo Veneto S.p.A.**

   Vittorio Pozzi, Lomanto Simonetta, Marialuisa Garavelli

6. **Kohn Dumain, LLP, Attorneys for Seer Capital Management and S.C.O. ILoans**:

   Brian Kohn, Ian Dumain, Jason Mitchell