UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEER CAPITAL MANAGEMENT LP,<br>Plaintiff and Counterclaim Defendant,<br><br>-against-<br><br>CREDITO LOMBARDO VENETO S.P.A,<br>Defendant and Counterclaim Plaintiff. | 26 Civ. 85 (LGS)<br><br>**ORDER** |
| CREDITO LOMBARDO VENETO S.P.A,<br>Third-Party Plaintiff,<br><br>-against-<br><br>S.C.O. ILOANS, LLC,<br>Third-Party Defendant. | |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, apart from the completion of third-party international discovery pursuant to the Letters Rogatory issued on July 30, 2026, fact discovery in this action closed on November 6, 2026.

WHEREAS, on November 6, 2026, the parties filed a joint status letter indicating a forthcoming production of documents from Seer/S.C.O. to Credito Lombardo relating to the email account of Alessandro Maione.

WHEREAS, on November 13, 2026, Seer/S.C.O. filed a letter indicating that the above-referenced production had not occurred.

WHEREAS, the parties did not move to extend the November 6, 2026, deadline for fact discovery and have not moved to re-open fact discovery after the deadline's passage. It is hereby

**ORDERED** that, by **November 19, 2026**, the parties shall file a joint letter explaining their failure to comply with the Court-ordered deadline for the completion of fact discovery or

seek an extension. The letter shall also explain why exceptional circumstances warrant an extension of fact discovery for the additional discovery referenced in this Order and any additional ongoing fact discovery.

Dated: November 17, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE